# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DUSTIN L. NO RUNNER,<br><br>Defendant. | PO-23-5192-GF-JTJ<br><br>VIOLATIONS:<br>E1384114<br>E1384115<br>E1384116<br><br>Location Code: M13<br><br>**ORDER** |

Based upon the United States' motion to accept the defendant's payment of a $20 fine and $30 processing fee for violation E1384115 (for a total of $50), and for good cause shown, **IT IS ORDERED** that the $50 fine paid by the defendant is accepted as a full adjudication of violation E1384115.  **IT IS FURTHER ORDERED** that violations E1384114 and E1384116 are **DISMISSED. IT IS FURTHER ORDERED** that the bench trial scheduled for April 25, 2024, is **VACATED.**

DATED this 23rd day of April, 2024.

John Johnston
United States Magistrate Judge